UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENCE RUDY BROWN, | ) | 1:06-CV-1658 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #6) |
| | ) | |
| DENNIS SMITH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241.  On December 28, 2006, respondent filed a motion to extend time to file a response to the Court's Order of December 18, 2006.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted to January 15, 2007 to file its response to the Court's Order of December 18, 2006.

IT IS SO ORDERED.

**Dated:   January 8, 2007**             /s/ Lawrence J. O'Neill
23ehd0                                                   UNITED STATES MAGISTRATE JUDGE