# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE RUDY BROWN,        )<br>                            )<br>         Petitioner,         )<br>                            )<br>   v.                       )<br>                            )<br>DENNIS SMITH, Warden        )<br>                            )<br>         Respondent.        )<br>_____) | 1:06-CV-01658 AWI LJO HC<br><br>ORDER TO ENTER JUDGMENT AND<br>CLOSE CASE |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 18, 2006, this Court granted the petition for writ of habeas corpus. Respondent was ordered to consider the appropriateness of transferring Petitioner to a residential re-entry center ("RRC") in light of the factors set forth in 18 U.S.C. §§ 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. Respondent was directed to make this determination within 14 days of the date of the December 18, 2006, Order (hereinafter "Order").

On January 11, 2007, Respondent filed a motion for stay of the Order. On January 18, 2007, Petitioner filed an opposition to Respondent's motion to stay. The Court granted the motion for stay on February 12, 2007, and ordered Respondent to comply with the order granting the petition prior to

1  July 31, 2007. On June 1, 2007. Respondent filed a verification of compliance and request for entry
2  of judgment. Respondent has submitted a copy of the form "Institutional Referral for CCC
3  Placement" which shows Petitioner was considered for transfer to an RRC. According to the form, it
4  was determined that Petitioner would spend between 150-180 days in an RRC.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is DIRECTED to enter judgment and close this case.

IT IS SO ORDERED.

**Dated:   June 13, 2007**               /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE